Jacob M. Simon et al., Respondents, v. Aaron Ellman et al., Appellants, et al., Defendant.—

No opinion. Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ., concur.

Anna Wood, as Administratrix of the Estate of John J. Wood, Deceased, Respondent, v. Mary Weinstein, Appellant.—

Close, P. J., Hagarty, Adel, Taylor and Lewis, JJ., concur.

## (January 25, 1943.)

Brighton Operating Corporation, Appellant, v. P. Walker Morrison et al., as Trustees, Respondents.— Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

Luciano A. Caputo, Respondent, v. Checker Taxi Corporation, Appellant.— Present — Close, P. J., Hagarty, Johnston and Adel, JJ.; Lewis, J., not voting.

John Eberhardt, Respondent, v. Petroleum Heat & Power Company, Appellant.— Present — Close, P. J., Hagarty, Johnston and Adel, JJ.; Lewis, J., not voting.

Raphael H. Elmaleh Corporation et al., Respondents, v. Jaime Scialom, Appellant, et al., Defendants.— Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

In the Matter of The City of New York Relative to Acquiring Title to Real Property Required for the Opening and Extending of Connecting Highway, Borough of Queens. Alpha Syndicate, Inc., Appellant; The City of New York et al., Respondents.— Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

In the Matter of Anne Cooper, Respondent. Leo T. McCauley, as Consul-General of Ireland and as Ancillary Executor of the Estate of Mary A. Connolly, Deceased, Appellant.— Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

In the Matter of Samuel Klinger, an Attorney, Respondent. Brooklyn Bar Association, Petitioner.— Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

In the Matter of James Scovell, also known as Othello James Scovell, and admitted as Othello James Scocco, an Attorney, Respondent. Queens County Bar Association, Petitioner.— Present — Close, P. J., Carswell, Johnston and Taylor, JJ.